# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATAM MOREIRA AGUIAR ) | Case No. ___25-12706_____ |
| ) | |
| Petitioner, ) | **PETITION FOR WRIT OF** |
| ) | **HABEAS CORPUS** |
| v. ) | |
| ) | |
| ANTONE MONIZ, Superintendent, Plymouth ) | |
| County Correctional Facility, ) | |
| PATRICIA HYDE, Field Office Director, ) | |
| MICHAEL KROL, HSI New England Special ) | |
| Agent in Charge, ) | |
| TODD LYONS, Acting Director U.S. Immigrations ) | |
| and Customs Enforcement, and ) | |
| KRISTI NOEM, Secretary of Homeland Security ) | |
| PAMELA BONDI, Attorney General of the U.S. ) | |
| And DONALD TRUMP, President of the U.S. ) | |

## INTRODUCTION

1. Natam Moreira Aguiar is a native and citizen of the Brazil. Petitioner entered the United

   States without inspection around April 5, 2021. He was released under section 236 – INA,

   on or about May 21, 2021. Petitioner was schedule for his yearly check in with ICE on

   October 9, 2025. However, about September 17, 2025, Petitioner, in observance of his

   obligations, informed the ICE by email that he had changed his home address. ICE then

   called petition in to the DHS – ICE Boston Field Office located Burlington, on September

   22, 2025. Petition once again complied and went to the DHS – ICE office located at 1000

   District Avenue, Burlington, MA 01803. On information and belief, he was unlawfully

detained by federal immigration agents on September 22, 2025, around 11.30 AM, at the DHS – ICE office located at 1000 District Avenue, Burlington, MA 01803.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that he was unlawfully detained and order his release.

## **JURISDICTION**

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner is detained at still in the state of Massachusetts to the best of our knowledge.

## **PARTIES & FACTS ALLEGED**

6. The Petitioner Natam Moreira Aguiar is a citizen of Brazil. He resides at 66 Central St., Hudson, MA 01749. He was detained at the DHS – ICE Boston Field Office in Burlington MA.

7. The petitioner applied for asylum (A – 216 976 676).

8. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

9. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

10. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

11. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

12. Respondent Pamela Bondi is the Attorney General of the United States.

13. Respondent Donald J. Trump is the President of the United States.

14. Respondent Antone Moniz is the Superintendent of the Plymouth County Correctional Facility and is, to the best of our knowledge, petitioner's immediate custodian.

15. All respondents are named in their official capacities.

16. Petitioner was released on conditional parole under INA 236, 8 U.S.C. § 1226 on May 21, 2021. *See* Form I-286, Notice of Custody Determination.

17. Petitioner has applied for Asylum with the USCIS on October 5, 2021. *See* Form I-797C, Notice of Action.

18. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

19. On information and belief, Petitioner is currently being arrested and detained in the District of Massachusetts by federal agents without cause and in violation of his constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

1) Assume jurisdiction over this matter;
2) Order that Petitioner shall not be transferred outside the District of Massachusetts;
3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.
4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.
5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.
6) Grant any further relief this Court deems just and proper.

Respectfully submitted,

*/s/ Marian Costica Mandache*

Costica Marian MANDACHE, Esq.

BBO 714583

Law Office of Stephen Bandar

2000 Massachusetts Ave., Suite 2

Cambridge, MA 02140 781-640-2611

cmandache@bandarlawoffice.com

*Counsel for Petitioner*

Dated: September 22, 2025

## VERIFICATION PURSUANT TO 28 U.S.C. § 2242

I represent Petitioner Natam Moreira Aguiar, and I submit this verification on his behalf. I hereby verify that the factual statements made in the foregoing Petition for Writ of Habeas Corpus are true and correct to the best of my knowledge.

Dated this 22nd day of September, 2025.

/s/ Marian Costica Mandache

Marian C Mandache, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I served a true and correct copy of the foregoing Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 with enclosed supplemental evidence (i.e. Notice of Custody Determination and Notice of Action USCIS) upon the following by first-class mail, postage prepaid, and/or by electronic filing through the Court's CM/ECF, PACER system:

United States Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Warden, Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Office of Chief Counsel
U.S. Immigration and Customs Enforcement
JFK Federal Building, Rm 425
15 New Sudbury Street
Boston, MA 02203