UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATAM MOREIRA AGUIAR,<br><br>                 Petitioner,<br><br>     v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Director of Boston Field Office, United States Immigration and Customs Enforcement; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security; PAMELA BONDI, Attorney General of the U.S.; and DONALD TRUMP, President of the U.S.<br><br>                 Respondents. | Civil Action No. 1:25-cv-12706-IT |

## **RESPONDENTS' STATUS REPORT**

Respondents respectfully provide the following status update to the Court:

1.     A bond hearing was conducted, at which time Petitioner was granted bond. Petitioner has since paid the bond and been released.

                                                Respectfully submitted,

                                                LEAH B. FOLEY
                                                United States Attorney

Dated: October 30, 2025         By:    /s/ *Nicole M. O'Connor*
                                                    Nicole M. O'Connor
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    Tel.: 617-748-3112

Email: Nicole.O'Connor@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 30, 2025          By:    /s/ *Nicole M. O'Connor*
                                                             Nicole M. O'Connor
                                                             Assistant United States Attorney