UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATAM MOREIRA AGUIAR, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | |
| | * | |
| ANTONE MONIZ, Superintendent, Plymouth | * | |
| County Correctional Facility; PATRICIA | * | |
| HYDE, Director of Boston Field Office, U.S. | * | |
| Immigration and Customs Enforcement; | * | Civil Action No. 1:25-cv- 12706-IT |
| MICHAEL KROL, HSI New England Special | * | |
| Agent in Charge; TODD LYONS, Acting | * | |
| Director U.S. Immigration and Customs | * | |
| Enforcement, KRISTI NOEM, U.S. Secretary | * | |
| of Homeland Security; PAMELA BONDI, | * | |
| Attorney General of the U.S.; and DONALD | * | |
| TRUMP, President of the U.S., | * | |
| | * | |
| Respondents. | * | |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 24] granting Petitioner Natam

Moreira Aguiar's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing

by October 29, 2025, and Respondents' Status Report [Doc. No. 25] indicating a bond hearing

was conducted, at which time Petitioner was granted bond, this action is CLOSED.

IT IS SO ORDERED.

December 3, 2025                                    /s/ Indira Talwani
                                                   United States District Judge